In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-12-00432-CR
NO. 09-12-00433-CR

_____

**DANIEL RAY ANDREWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause Nos. B-080008-R and B-120377-R**

**MEMORANDUM OPINION**

The trial court sentenced Daniel Ray Andrews on separate convictions for possession of marijuana and injury to a child. Andrews filed a notice of appeal for both cases. The trial court signed a certification in which the court certified that Cause No. 120377-R is a plea-bargain case and the defendant has no right of appeal, and that the appellant has waived the right of appeal in both Cause Nos. B-08008-R and B-120377-R. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. The Clerk of this Court notified the parties that the

1

Court would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d).

APPEALS DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered October 24, 2012
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.